**ENTER JS-6**

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| HUYEN-TRAM NGUYEN, | ) | Case No. EDCV 08-00370-SGL(OPx) |
| Plaintiffs, | ) | |
| v. | ) | ORDER REMOVING CASE FROM COURT'S LIST OF PENDING CASES, PURSUANT TO SETTLEMENT |
| MARRIOTT INTERNATIONAL, INC., DOES 1 through 100, | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Pursuant to the Notice of Settlement filed in this matter, docket No. 28, the Court Clerk shall remove the within action from the list of pending cases.

    The Court shall retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or relating to the enforcement of the Settlement Agreement. Should it become necessary the Court will hear a noticed motion for entry of Judgment to enforce the terms of settlement. Counsel shall file a notice and stipulation of dismissal within 30 days of the date of this order or notify the Court in writing by submitting a proposed stipulation and order for an extension

of the foregoing deadline. The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 30, 2008

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE